UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

Civil Action No. 08-2569

In Regard to the Matter of:

Bayside State Prison       OPINION/REPORT

Litigation                       OF THE

                           SPECIAL MASTER

WILLIAM S. SHLUE

        -vs-

WILLIAM H. FAUVER, et al,

        Defendants.

\* \* \* \*

TUESDAY, OCTOBER 28, 2008

\* \* \* \*

BEFORE THE HONORABLE JOHN W. BISSELL, SPECIAL MASTER

Page 2

1

2

3

4          Transcript of proceedings in the above

5   matter taken by Theresa O. Mastroianni, Certified

6   Court Reporter, license number 30XI00085700, and

7   Notary Public of the State of New Jersey at the

8   United States District Court House, One Gerry Plaza,

9   Camden, New Jersey, 08102, commencing at 2:30 PM.

10

11

12

13

14

15

16

17

18

19

20          MASTROIANNI & FORMAROLI, INC.

21      Certified Court Reporting & Videoconferencing

22              251 South White Horse Pike

23              Audubon, New Jersey 08106

24                    856-546-1100

25

```
 1
 2   A P P E A R A N C E S:
 3
 4
         JAIME KAIGH, ESQUIRE
 5       32 NORTH BLACK HORSE PIKE
         BLACKWOOD, NEW JERSEY   08012
 6       856-232-3337
         856-232-4561
 7       ATTORNEYS FOR THE PLAINTIFFS
 8
 9
         RODNEY D. RAY, ESQUIRE
10       32 NORTH BLACK HORSE PIKE
         BLACKWOOD, NEW JERSEY   08012
11       856-232-3337
         856-232-4561
12       ATTORNEYS FOR THE PLAINTIFFS
13
14
         ROSELLI & GRIEGEL, PC
15       BY:  MARK ROSELLI, ESQUIRE
              - and -
16       BY:  JAMES LAZZARO ESQUIRE
         1337 STATE HIGHWAY 33
17       HAMILTON SQUARE, NEW JERSEY   08690
         609-586-2257
18       ATTORNEYS FOR THE DEFENDANTS
19
20
21
22
23
24
25
```

1                JUDGE BISSELL:  Now we open the matter
2      of William Shlue, S-H-L-U-E, docket number 08-2569.
3                This opinion/report is being issued
4      pursuant to the directives of the Order of Reference
5      to the Special Master and the Special Master's
6      Agreement and the guiding principles of law which
7      underlie this decision to be applied to the facts
8      upon which it is based as set forth in the jury
9      instructions in the Walker and Mejias jury charges to
10     the extent applicable to the allegations of Mr.
11     Shlue.
12               As finalized after review under Local
13     Civil Rule 52.1, this transcript will constitute the
14     written report required under paragraph seven of the
15     Order of Reference to a Special Master.
16               Mr. Shlue was lodged in F Unit, the
17     unit where Officer Baker was working at the time of
18     his murder, and the first unit processed, indeed, on
19     July 30th itself for purposes of removing inmates
20     there and subjecting the area to a search.
21               I'm recommending no cause for action in
22     this matter for three basic reasons.
23               First, there are significant
24     inconsistencies in the testimony of Mr. Shlue between
25     his interrogatory answers on the one hand, and his

1   trial testimony here with regard to the injuries that

2   he supposedly suffered.

3              Secondly, because I do believe his

4   credibility is affected by the numerous use of

5   aliases, although initially he denied it, which

6   necessarily are for the purposes of deception.  And I

7   think that's certainly a characteristic that can be

8   considered in terms of his credibility.

9              And finally, one notes throughout the

10  rather extensive medical reports, submitted here from

11  as early as 1993, psychiatric problems, psychiatric

12  and psychological issues resulting from events, or at

13  least occasions long before the 1997 incident.

14             I'm only going to comment in some

15  detail with regard to the differences in testimony

16  between his interrogatory answers and his testimony

17  at trial before me.

18             When asked to describe in his answers

19  to interrogatories the events that occurred to him,

20  he stated, and I quote, "Dragged by my hair and

21  kicked by a SOG during the lockdown.  I now suffer

22  psychological effects from the abuse and

23  intimidation.  I see Doctor Goldberg and I'm on

24  medication because I'm afraid of the guards now."

25             If one compares that with his testimony

```
 1   before us, just to summarize it at least initially,

 2   he talks about on this event, on or about the 30th of

 3   July, he was grabbed by the hair in the area of his

 4   cell.  He was hit above the right eye with a fist to

 5   the extent that that eye was severely injured,

 6   swelled up at the time, bled, and ultimately resulted

 7   in severely diminished eyesight in that eye.

 8                As opposed to being dragged by his

 9   hair, which I presume is bad enough, his testimony

10   before me was that he was grabbed by his hair and his

11   hair was pulled out at the doorway of his cell

12   leading to bleeding.

13                Very different.  Very different

14   testimony in both instances.  And not one that can be

15   chalked up to mere differences in recollection,

16   passage of time, traumatic impact of the events and

17   things like that.

18                He then adds that there was a second

19   incident that occurred to him, completely unmentioned

20   in his answers to interrogatories, apparently which

21   occurred in the gym.

22                He's asked:  "And how did it happen

23   that you got struck in the gym?

24                This is the bottom of page 14 of the

25   September 11, 2008 transcript.
```

1          He said: "I couldn't sit up straight.

2          So what happened?

3          I got struck in the head.

4          Was that with a stick or an open fist?

5          Open fist.

6          Question: Who struck you? Were you

7    able to see?

8          SOG. Like I said, during this

9    incident, you got all the cops that wore masks. You

10   can't identify the faces, I couldn't identify the

11   hands. They had gloves on their hands."

12         Once again, completely inconsistent

13   with his interrogatory answers which are, also, of

14   course, under oath.

15         Further examination of the medical

16   records produced indicates that while he did have

17   concerns or problems with the loss of the hair, it

18   didn't have anything to do with it being pulled out.

19   It was as a result of other conditions which the

20   medical records discuss. Mr. Shlue had made an

21   effort to lay those problems on the alleged event of

22   July 30, 1997, which I find not to be credible.

23         The defense introduced as well in this

24   case as in others the reports of the various

25   ombudsmen who were on duty during the course of the

1  cell extraction during the Bayside lockdown.  Now,
2  I've considered very carefully, not only in this case
3  but in others, whether the reports of the ombudsmen
4  are for one reason or another sanitized.  But I just
5  do not and will not infer that these people like
6  Margaret LeBak and Anthony Turner and Carmen Quilles
7  and Paul Royal and Luis Silva would take their
8  position so lightly and so compromise their integrity
9  and the very important duties which they're meant to
10 perform here as, in many respects, guardians of the
11 proper treatment in prisons, that they would
12 uniformly and collectively, as if by prior agreement,
13 issue sanitized or favorable reports day after day to
14 conceal abuses such as those alleged by Mr. Shlue or
15 others.
16              And as I examined these reports
17 introduced as D-48 through D-51, and also D-135, they
18 certainly do stand for the proposition that both with
19 regard to the extraction from F Unit and the conduct
20 of SOG officers while the inmates were in the gym,
21 nothing along the lines of the conduct which Mr.
22 Shlue ascribes either in the unit or in the gym took
23 place.
24              As I've said before, there have been
25 certain cases where there is no indication that the

1   ombudsmen would have been in a position to observe,

2   or other incidents where ombudsmen's reports were not

3   directly relevant. But here they are, and both the

4   ombudsmen covering F Unit and the gym in these

5   critical hours when one would have expected them to

6   be quite vigilant in the wake of Officer Baker's

7   murder, indicate that events were handled

8   systematically, professionally and in large measure

9   without incident.

10            There were some observations in some of

11  these reports that indicate incidents. Just to take

12  an example from Mr. Turner's report with regard to F

13  Unit, he mentions, "On two (2) occasions, I observed

14  an inmate attempt to assault the Corrections

15  Officers, as they were being processed. Each was

16  subdued and removed to a segregation (close custody)

17  area." Now, one might say that's favorable to the

18  corrections officers, so why would you have to be

19  candid. Well, it's there, it's mentioned. It might

20  well be the source of future Internal Affairs

21  investigations. He wasn't silent on the topic, which

22  he could have been if he were part of any whitewash.

23            So for the reasons I mentioned before,

24  I just don't find that Mr. Shlue has sustained the

25  claims which he has asserted with regard to the

1   conduct against him by the SOC officers as he's

2   alleging.

3              Finally, although not every item of

4   evidence has been discussed in this opinion/report,

5   all evidence presented to the Special Master was

6   reviewed and considered.

7              For the reasons set forth above, I

8   recommend in this report that the District Court

9   enter an order and judgment of no cause for action

10  with regard to William Shluc.

11             Okay.  Counsel, that concludes my

12  efforts for the day, and I'll see you tomorrow.

13             MR. ROSELLI:  Thank you, Judge.

14             MR. RAY:  Thank you.

15             MR. KAIGH:  Thank you.

16             MR. LAZZARO:  Thank you.

17

18

19

20

21

22

23

24

25

1           C E R T I F I C A T E

2

3       I, Theresa O. Mastroianni, a Notary Public and

4  Certified Shorthand Reporter of the State of New

5  Jersey, do hereby certify that the foregoing is a

6  true and accurate transcript of the testimony as

7  taken stenographically by and before me at the time,

8  place, and on the date hereinbefore set forth.

9       I DO FURTHER CERTIFY that I am neither a

10 relative nor employee nor attorney nor counsel of any

11 of the parties to this action, and that I am neither

12 a relative nor employee of such attorney or counsel,

13 and that I am not financially interested in the

14 action.

15

16

17

18

19     *Theresa O. Mastroianni*
       Theresa O. Mastroianni, C.S.R.

20     Notary Public, State of New Jersey
       My Commission Expires May 5, 2010

21     Certificate No. X10857
       Date:  October 28, 2008

22

23

24

25

**A**
able 7:7
abuse 5:22
abuses 8:14
accurate 11:6
action 1:2 4:21 10:9 11:11,14
adds 6:18
Affairs 9:20
afraid 5:24
agreement 4:6 8:12
al 1:9
aliases 5:5
allegations 4:10
alleged 7:21 8:14
alleging 10:2
answers 4:25 5:16,18 6:20 7:13
Anthony 8:6
apparently 6:20
applicable 4:10
applied 4:7
area 4:20 6:3 9:17
ascribes 8:22
asked 5:18 6:22
assault 9:14
asserted 9:25
attempt 9:14
attorney 11:10 11:12
ATTORNEYS 3:7,12,18
Audubon 2:23

**B**
bad 6:9
Baker 4:17
Baker's 9:6
based 4:8
basic 4:22
Bayside 1:6 8:1
believe 5:3

BISSELL 1:20 4:1
BLACK 3:5,10
BLACKWOOD 3:5,10
bled 6:6
bleeding 6:12
bottom 6:24

**C**
C 3:2 11:1,1
Camden 2:9
candid 9:19
carefully 8:2
Carmen 8:6
case 7:24 8:2
cases 8:25
cause 4:21 10:9
cell 6:4,11 8:1
certain 8:25
certainly 5:7 8:18
Certificate 11:21
Certified 2:5,21 11:4
certify 11:5,9
chalked 6:15
characteristic 5:7
charges 4:9
Civil 1:2 4:13
claims 9:25
close 9:16
collectively 8:12
commencing 2:9
comment 5:14
Commission 11:20
compares 5:25
completely 6:19 7:12
compromise 8:8
conceal 8:14
concerns 7:17
concludes 10:11

conditions 7:19
conduct 8:19,21 10:1
considered 5:8 8:2 10:6
constitute 4:13
cops 7:9
corrections 9:14 9:18
counsel 10:11 11:10,12
course 7:14,25
Court 1:1 2:6,8 2:21 10:8
covering 9:4
credibility 5:4,8
credible 7:22
critical 9:5
custody 9:16
C.S.R 11:19

**D**
D 3:9
date 11:8,21
day 8:13,13 10:12
deception 5:6
decision 4:7
Defendants 1:10 3:18
defense 7:23
denied 5:5
describe 5:18
detail 5:15
differences 5:15 6:15
different 6:13,13
diminished 6:7
directives 4:4
directly 9:3
discuss 7:20
discussed 10:4
District 1:1,1 2:8 10:8
docket 4:2
Doctor 5:23

doorway 6:11
dragged 5:20 6:8
duties 8:9
duty 7:25
D-135 8:17
D-48 8:17
D-51 8:17

**E**
E 3:2,2 11:1,1
early 5:11
effects 5:22
effort 7:21
efforts 10:12
either 8:22
employee 11:10 11:12
enter 10:9
ESQUIRE 3:4,9 3:15,16
et 1:9
event 6:2 7:21
events 5:12,19 6:16 9:7
evidence 10:4,5
examination 7:15
examined 8:16
example 9:12
expected 9:5
Expires 11:20
extensive 5:10
extent 4:10 6:5
extraction 8:1 8:19
eye 6:4,5,7
eyesight 6:7

**F**
F 4:16 8:19 9:4 9:12 11:1
faces 7:10
facts 4:7
FAUVER 1:9
favorable 8:13

9:17
finalized 4:12
finally 5:9 10:3
financially 11:13
find 7:22 9:24
first 4:18,23
fist 6:4 7:4,5
foregoing 11:5
FORMAROLI 2:20
forth 4:8 10:7 11:8
Further 7:15 11:9
future 9:20

**G**
Gerry 2:8
gloves 7:11
going 5:14
Goldberg 5:23
grabbed 6:3,10
GRIEGEL 3:14
guardians 8:10
guards 5:24
guiding 4:6
gym 6:21,23 8:20,22 9:4

**H**
H 1:9
hair 5:20 6:3,9 6:10,11 7:17
HAMILTON 3:17
hand 4:25
handled 9:7
hands 7:11,11
happen 6:22
happened 7:2
head 7:3
hereinbefore 11:8
HIGHWAY 3:16

hit 6:4
**HONORABLE** 1:20
**Horse** 2:22 3:5 3:10
hours 9:5
**House** 2:8

**I**
identify 7:10,10
impact 6:16
important 8:9
incident 5:13 6:19 7:9 9:9
incidents 9:2,11
inconsistencies 4:24
inconsistent 7:12
indicate 9:7,11
indicates 7:16
indication 8:25
infer 8:5
initially 5:5 6:1
injured 6:5
injuries 5:1
inmate 9:14
inmates 4:19 8:20
instances 6:14
instructions 4:9
integrity 8:8
interested 11:13
Internal 9:20
interrogatories 5:19 6:20
interrogatory 4:25 5:16 7:13
intimidation 5:23
introduced 7:23 8:17
investigations 9:21
issue 8:13
issued 4:3

issues 5:12
item 10:3

**J**
**JAIME** 3:4
**JAMES** 3:16
**Jersey** 1:1 2:7,9 2:23 3:5,10,17 11:5,20
**JOHN** 1:20
**Judge** 4:1 10:13
judgment 10:9
**July** 4:19 6:3 7:22
jury 4:8,9

**K**
**KAIGH** 3:4 10:15
kicked 5:21

**L**
large 9:8
law 4:6
lay 7:21
**LAZZARO** 3:16 10:16
leading 6:12
**LeBak** 8:6
license 2:6
lightly 8:8
lines 8:21
**Litigation** 1:6
**Local** 4:12
lockdown 5:21 8:1
lodged 4:16
long 5:13
loss 7:17
**Luis** 8:7

**M**
**Margaret** 8:6
**MARK** 3:15
masks 7:9
**Master** 1:7,20

4:5,15 10:5
**Master's** 4:5
**Mastroianni** 2:5 2:20 11:3,19
matter 1:5 2:5 4:1,22
meant 8:9
measure 9:8
medical 5:10 7:15,20
medication 5:24
**Mejias** 4:9
mentioned 9:19 9:23
mentions 9:13
mere 6:15
murder 4:18 9:7

**N**
N 3:2
necessarily 5:6
neither 11:9,11
**New** 1:1 2:7,9,23 3:5,10,17 11:4 11:20
**NORTH** 3:5,10
**Notary** 2:7 11:3 11:20
notes 5:9
number 2:6 4:2
numerous 5:4

**O**
O 2:5 11:3,19
oath 7:14
observations 9:10
observe 9:1
observed 9:13
occasions 5:13 9:13
occurred 5:19 6:19,21
**October** 1:15 11:21
**Officer** 4:17 9:6

officers 8:20 9:15,18 10:1
**Okay** 10:11
ombudsmen 7:25 8:3 9:1,4
ombudsmen's 9:2
**Once** 7:12
open 4:1 7:4,5
opinion/report 1:6 4:3 10:4
opposed 6:8
order 4:4,15 10:9

**P**
P 3:2,2
page 6:24
paragraph 4:14
part 9:22
parties 11:11
passage 6:16
**Paul** 8:7
PC 3:14
people 8:5
perform 8:10
**Pike** 2:22 3:5,10
place 8:23 11:8
**PLAINTIFFS** 3:7,12
**Plaza** 2:8
PM 2:9
position 8:8 9:1
presented 10:5
presume 6:9
principles 4:6
prior 8:12
**Prison** 1:6
prisons 8:11
problems 5:11 7:17,21
proceedings 2:4
processed 4:18 9:15
produced 7:16
professionally

9:8
proper 8:11
proposition 8:18
psychiatric 5:11 5:11
psychological 5:12,22
**Public** 2:7 11:3 11:20
pulled 6:11 7:18
purposes 4:19 5:6
pursuant 4:4

**Q**
**Question** 7:6
**Quilles** 8:6
quite 9:6
quote 5:20

**R**
R 3:2 11:1
**RAY** 3:9 10:14
reason 8:4
reasons 4:22 9:23 10:7
recollection 6:15
recommend 10:8
recommending 4:21
records 7:16,20
**Reference** 4:4 4:15
regard 1:5 5:1 5:15 8:19 9:12 9:25 10:10
relative 11:10,12
relevant 9:3
removed 9:16
removing 4:19
report 4:14 9:12 10:8
**Reporter** 2:6 11:4
**Reporting** 2:21

| | | | |
|---|---|---|---|
| reports 5:10 7:24 8:3,13,16 9:2,11 | stand 8:18 State 1:6 2:7 3:16 11:4,20 | treatment 8:11 trial 5:1,17 true 11:6 | 08690 3:17 |
| required 4:14 | stated 5:20 | TUESDAY 1:15 | **1** |
| respects 8:10 | States 1:1 2:8 | Turner 8:6 | 11 6:25 |
| result 7:19 | stenographica... 11:7 | Turner's 9:12 | 1337 3:16 |
| resulted 6:6 | stick 7:4 | two 9:13 | 14 6:24 |
| resulting 5:12 | straight 7:1 | | 1993 5:11 |
| review 4:12 | struck 6:23 7:3,6 | **U** | 1997 5:13 7:22 |
| reviewed 10:6 | subdued 9:16 | ultimately 6:6 | **2** |
| right 6:4 | subjecting 4:20 | underlie 4:7 | 2 9:13 |
| RODNEY 3:9 | submitted 5:10 | uniformly 8:12 | 2:30 2:9 |
| ROSELLI 3:14 3:15 10:13 | suffer 5:21 | unit 4:16,17,18 8:19,22 9:4,13 | 2008 1:15 6:25 11:21 |
| Royal 8:7 | suffered 5:2 | United 1:1 2:8 | 2010 11:20 |
| Rule 4:13 | summarize 6:1 | unmentioned 6:19 | 251 2:22 |
| | supposedly 5:2 | use 5:4 | 28 1:15 11:21 |
| **S** | sustained 9:24 | | |
| S 1:7 3:2 | swelled 6:6 | **V** | **3** |
| sanitized 8:4,13 | systematically 9:8 | various 7:24 | 30 7:22 |
| search 4:20 | | Videoconferc... 2:21 | 30th 4:19 6:2 |
| second 6:18 | S-H-L-U-E 4:2 | vigilant 9:6 | 30X100085700 2:6 |
| Secondly 5:3 | | vs 1:8 | 32 3:5,10 |
| see 5:23 7:7 10:12 | **T** | | 33 3:16 |
| segregation 9:16 | T 11:1,1 | **W** | |
| September 6:25 | take 8:7 9:11 | W 1:20 | **5** |
| set 4:8 10:7 11:8 | taken 2:5 11:7 | wake 9:6 | 5 11:20 |
| seven 4:14 | talks 6:2 | Walker 4:9 | 52.1 4:13 |
| severely 6:5,7 | terms 5:8 | wasn't 9:21 | |
| Shlue 1:7 4:2,11 4:16,24 7:20 8:14,22 9:24 10:10 | testimony 4:24 5:1,15,16,25 6:9,14 11:6 | White 2:22 | **6** |
| | Thank 10:13,14 10:15,16 | whitewash 9:22 | 609-586-2257 3:17 |
| | | William 1:7,9 4:2 10:10 | |
| Shorthand 11:4 | Theresa 2:5 11:3 11:19 | wore 7:9 | **8** |
| significant 4:23 | things 6:17 | working 4:17 | 856-232-3337 3:6,11 |
| silent 9:21 | think 5:7 | written 4:14 | 856-232-4561 3:6,11 |
| Silva 8:7 | three 4:22 | | 856-546-1100 2:24 |
| sit 7:1 | time 4:17 6:6,16 11:7 | **X** | |
| SOG 5:21 7:8 8:20 10:1 | | XI0857 11:21 | |
| source 9:20 | tomorrow 10:12 | **0** | |
| South 2:22 | topic 9:21 | 08-2569 1:2 4:2 | |
| Special 1:7,20 4:5,5,15 10:5 | transcript 2:4 4:13 6:25 11:6 | 08012 3:5,10 | |
| SQUARE 3:17 | traumatic 6:16 | 08102 2:9 | |
| | | 08106 2:23 | |